# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | **1:06-cr-00059 (ESH)** |
| | : | |
| **Ahmed Hunter** | : | |

### LINE ENTERING APPEARANCE

Please enter the appearance of Douglas J. Wood, and the law firm of Roberts & Wood, for defendant Ahmed Hunter.

Respectfully submitted,

/s/

_____
Douglas J. Wood, #965-830
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737
(301) 699-0764