IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 06 Cr 0059 |
|  | ) |  |
| v. | ) Criminal Action No.    (ESH) |  |
| Hunker | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### ORDER

In this case, defendant was initially detained/indicted on ___4/18/06___, and therefore, under the Speedy Trial Act, 18 U.S.C. Section 3161, *et seq.*, defendant must be brought to trial on or before _____, unless either side moves to exclude time pursuant to 18 U.S.C. Section 3161(h).

Upon consideration of the status hearing held on ___4/18/06___, it is

ORDERED that all motions, including any Federal Evidence Rule 404(b) Notice, shall be filed by no later than ___5/8/06___; responses to the motions shall be filed by no later than ___5/18___; and replies shall be filed by no later than _____; and it is

FURTHER ORDERED that a motion hearing is scheduled for ___6/12___, at ___11:00___ a.m.; trial is scheduled for ___July 5___ at ___9:30___ a.m. before the undersigned Judge; and it is

**FURTHER ORDERED** that in the event that defense counsel files no motions, it is the government's burden to bring this to the attention of the courtroom deputy, or Judge Huvelle's chambers, so that further proceedings, including an alternate trial date, as appropriate, may be scheduled. *See United States v. Wright,* 6 F.3d 811, 815 (D.C. Cir. 1993).

DATE: _____    _____
ELLEN SEGAL HUVELLE
United States District Judge