UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-0059 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **AHMED K HUNTER** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Upon consideration of the Defendant's Motion to Suppress Tangible Evidence, any opposition thereto, and the entire record in this matter, it is this _____ day of _____, 2006, hereby

ORDERED, that the Defendant's Motion is DENIED.

_____
**ELLEN S. HUVELLE**
**UNITED STATES DISTRICT JUDGE**