CO-526
(12/86)

**FILED**

JUN 1 2 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA            )
                                    )
            vs.                     )   Criminal No. 06-059
                                    )
Ahmed K. Hunter                     )
                                    )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____ Matthew Davies
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge