UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-0059 (ESH) |
| v. | : | |
| AHMED K. HUNTER, | : | FILED |
| Defendant. | : | JUN 1 2 2006 |
| | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Ahmed K. Hunter, hereby submit this Factual Proffer in Support of Guilty Plea. The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), each of which the Government must prove beyond a reasonable doubt, are:

1. That the defendant knowingly possessed a firearm and ammunition;

2. That the firearm and ammunition had been shipped or transported from one state to another; and

3. That at the time the defendant possessed the firearm and ammunition, the defendant had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

Had this matter proceeded to trial, the Government was prepared to prove the following beyond a reasonable doubt:

On February 8, 2006, at approximately 12:44 a.m. officers of the United States Park Police conducted a traffic stop on the defendant's vehicle on Bowen Road at Ridge Road, SE, Washington,

DC. The defendant was the registered owner and sole occupant of the vehicle. While speaking with the defendant, officers detected the strong odor of burnt marijuana emanating from the car. Officers discovered marijuana on the driver side floorboard and center seat cushion, and in the ashtray. Underneath the driver's seat, officers discovered a Glock .40 caliber semi-automatic pistol, Model 22, bearing serial number AAH044US, containing thirteen rounds of .40 caliber ammunition, including one round in the chamber. At the time, the defendant had previously been convicted of Possession with Intent to Distribute Cocaine Base in the United States District Court for the District of Columbia (Criminal Case Number 94-345), a crime punishable by imprisonment for a term exceeding one year. There are no firearm or ammunition manufacturers located within the District of Columbia. Therefore, the Glock .40 caliber semi-automatic pistol, Model 22, bearing serial number AAH044US and thirteen rounds of .40 caliber ammunition that the defendant possessed on February 8, 2006 were manufactured outside the District of Columbia and were shipped, transported or delivered through interstate or foreign commerce into the District of Columbia.

This factual proffer is a summary of Defendant Hunter's participation in the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, and is not intended to be a complete accounting of all facts and events related to the offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support Defendant's guilty plea in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

_____
BRIAN P. ROGERS

Special Assistant United States Attorney
Maryland Bar
Federal Major Crimes Section
555 4th Street, NW, Room 4712
Washington, DC 20530
(202) 616-1478

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Doug Wood. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 6/12/06

AHMED K. HUNTER
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 6/12/06

~~DOUG WOOD~~ Matthew F. Davres
Attorney for Defendant