IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | :    06-59 (ESH) |
| v. | : |
| | : |
| AHMED HUNTER | : |

DEFENDANT'S UNOPPOSED MOTION FOR TRANSFER
TO CENTRAL TREATMENT FACILITY

Ahmed Hunter, through undersigned counsel hereby seeks a Court Order that he be transferred immediately from the Central Detention Facility (D.C. Jail) to the Central Treatment Facility (CTF). In support of this motion, counsel states the following:

1. Mr. Hunter is before the Court having pled guilty to Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year.

2. Mr. Hunter was ordered held pending sentencing as of the date of his guilty plea on June 12, 2006.

3. The sentencing in the present case is scheduled for September 7, 2006. Mr. Hunter requested an earlier sentencing date so that he would not have to endure the hardship of spending the interim period in the D.C. Jail. In open court, undersigned counsel informed the Court that the inmates of the D.C. Jail are under lock-down due to a recent escape. Due to scheduling difficulties, Mr. Hunter was unable to receive an earlier sentencing date.

4. In open court, this Honorable Court informed Mr. Hunter and undersigned counsel that the Court would entertain a motion for transfer to C.T.F.

5.      AUSA Alexander Shaw stated in open court that the government has no opposition to this request.

## CONCLUSION

WHEREFORE, for these reasons, Mr. Hunter respectfully requests that the Court Order that he be transferred to CTF.

Respectfully submitted,

_____
Matthew F. Davies
Counsel for Ahmed Hunter

Roberts & Wood
6801 Kenilworth Ave.
Suite 202
Riverdale, MD  20737
(301) 699-0764

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing severance motion has been delivered by mail, this _____ day of _____, 2006, to AUSA Brian Rogers, Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530.

_____
Matthew F. Davies