IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | 06-59 (ESH) |
| v. | : | |
| | : | |
| AHMED HUNTER | : | |

FILED
JUN 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

_____Upon consideration of the Defendant's Motion for Transfer to Central Treatment Facility While Incarcerated Pending Sentencing, good cause having been advanced, it is this \_\_\_\_15\_\_\_\_ day of \_\_\_June\_\_\_, 2006, hereby

ORDERED that the Department of Corrections immediately transfer Ahmed Hunter, (DCDC #264-476, DOB 5/20/75), from the D.C. Jail to the Central Treatment Facility.

_Ellen S Huvelle_
JUDGE ELLEN S. HUVELLE

cc:

Matthew F. Davies
Roberts & Wood
6801 Kenilworth Ave. Suite 202
Riverdale, MD 20737

AUSA Brian Rogers
Office of the United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530