UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 1:06-cr-59-1-ESH** |
| **V.** : | Sentencing: 9/7/2006 |
| : | |
| **AHMED K. HUNTER** : | |

<u>Government's Notice of Assignment and Substitution of Counsel</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby gives notice to the Court that the above matter is now assigned to Assistant U.S. Attorney Michael C. Liebman, michael.liebman@usdoj.gov, and that AUSA Liebman is substituting in as counsel for the government.

                                  Respectfully submitted,

                                  KENNETH L. WAINSTEIN
                                  UNITED STATES ATTORNEY

        by: _____
              Michael C. Liebman
              Assistant United States Attorney
              D.C. Bar No. 479562
              555 Fourth Street, N.W., room 4231
              Washington, D.C.  20530
              353-2385