UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | DOCKET NO.: 06-059 |
| ) | |
| Ahmed K. Hunter ) | |

### ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on 08/03/2006. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant and counsel for the government.

Accordingly, it is by the Court, this 23rd day of August, 20 06,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant and counsel for the government shall execute the receipt and acknowledgment form and counsel for the defendant and counsel for the government shall hand-deliver the same to the U.S. Probation Office.

_____
**ELLEN SEGAL HUVELLE**
**UNITED STATES DISTRICT JUDGE**

_August 23, 2006_
**DATE**