ROBERTS & WOOD
ATTORNEYS AT LAW
6801 KENILWORTH AVENUE
BERKSHIRE BUILDING, SUITE 202
RIVERDALE, MARYLAND 20737

TERRELL N. ROBERTS, III
(MD, D.C., VA)

DOUGLAS J. WOOD
(MD, D.C.)

CHRISTOPHER A. GRIFFITHS
(MD, D.C.)

NIKKI LOTZE
(MD, D.C.)

MATTHEW F. DAVIES
(MD, D.C.)

(301) 699-0764
(301) 699-8706 FAX

September 5, 2006

Honorable Ellen S. Huvelle
United States District Court Judge
United States District Court
 for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

MEMORANDUM IN AID OF SENTENCING
United States v. Ahmed K. Hunter, 06-059

Dear Judge Huvelle:

Mr. Hunter is before the Court having pled guilty to unlawful possession of a firearm after having been convicted of a criminal offense punishable by over one year in jail under 18 U.S.C. 922(g). He will appear before the Court for sentencing on September 7, 2006.

I write to urge the Court to sentence Mr. Hunter to a one year period of incarceration. Mr. Hunter is a man worthy of redemption. At the time of his arrest, he was fully employed as a Metro bus driver. He was a supportive father to his children. A one year period of incarceration will adequately punish Mr. Hunter, but also allow him to continue the productive life he made for himself prior to his arrest.

Mr. Hunter, through counsel, objects to the Government's sentencing recommendation submitted on September 1, 2006. The Government's recommendation of a 33-month period of incarceration violates the written plea agreement between the parties. In paragraph 8 of the written plea agreement, the Government agreed to recommend a sentence at the low end of the applicable Federal Sentencing Guidelines. The Government should be recommending that the Court sentence Mr. Hunter to 27-months of incarceration.

The Government's sentencing recommendation is also faulted in several other respects. Mr. Hunter was not held pending sentencing because he violated his conditions of release by allegedly testing positive for marijuana one time.[1] Mr. Hunter was held pending sentencing

---

[1] The alleged positive marijuana test was never adjudicated. Instead, the Court chose to admonish Mr. Hunter to not use marijuana. Despite the fact that no factual finding was made, the Government sent the confidential information contained in the Pre-trial Services drug testing

because it was part of the written plea agreement that Mr. Hunter not object to his detention pending sentencing. Despite the unfairly negative portrait the Government seeks to paint of Mr. Hunter, he is the only of the two parties who has upheld his end of the written agreement.

The Government seeks to portray Mr. Hunter as a life-long criminal for conduct that occurred over ten years ago. Mr. Hunter paid his debt to society for that conduct, and he dramatically changed his life. The facts of the present case do not in any way suggest that Mr. Hunter was engaged in the sale of controlled substances at the time of his arrest. The facts of the present case are that Mr. Hunter had the misguided belief that he needed to have a gun in his car for protection when he went to see his children at night in an extremely dangerous part of town.

The more accurate portrait of Mr. Hunter is that of a hard working young man who makes every effort to support and spend time with his children. Mr. Hunter loved his job with Metro. He loved the fact that he could provide for his children. Mr. Hunter obtained his position at Metro because of the long hours he could work and the benefits that would be provided for his family. Mr. Hunter is distraught that he allowed himself to lose his job. If Mr. Hunter had one wish, it would be to take back ever having that gun so that he could still have his job.

Mr. Hunter's good character can be found in the attached letters of support. Mr. Hunter's friends and family clearly see him as the loving father, brother, significant other, co-worker, and son that he is. Mr. Brandon Partin, of the Mills Corporation, recognizes Mr. Hunter's valuable work ethic enough to have extended Mr. Hunter a job offer. Mr. Hunter has demonstrated to all of his family and friends that he transformed himself into a productive member of society years ago. Mr. Hunter respectfully requests the opportunity to demonstrate to this Honorable Court that he is capable of being a valued law abiding member of society.

Mr. Hunter respectfully requests that this Honorable Court sentence him to a period of incarceration that will pay a debt to society but not destroy the great strides he has made in life. Mr. Hunter respectfully submits that a one year period of incarceration would be appropriate in the present case. Mr. Hunter made a significant mistake and he understands he must suffer the punishment. Mr. Hunter has been, and continues to be, extremely remorseful of his conduct in the present case, and he begs the Court's mercy.

Thank you for your consideration of these matters.

Respectfully submitted,

/s/
_____

---

report to Mr. Hunter's supervisors at Metro. Mr. Hunter lost his job as a result, and he was no longer able to provide support for his children.

                                            Matthew F. Davies

cc:    AUSA Michael C. Liebman
       Office of the United States Attorney
       555 Fourth Street, NW
       Washington, D.C. 20530

       & via facsimile