To whom it my concern,

My son (Ahmed Hunter) is a good person, brother and son. He is also a good father + provider to his two children. Ahmed loved to help his young brothers out with their homework and any problems they had. When Ahmed worked for metro as a bus driver, he would go to worke avery day ontime. Ahmed would help me paid my bills as well as his own bills. He also help keep the house cleano. Ahmed is alway welcome in my home.

Diane Hunter
301-350-2767
Work - 240-456-5100

To whom it may Concern,

My brother, Ahmed Hunter, is the closiest person to me in the whole world. I know he isn't a Saint, but he is a good man. Over the year he and I have come to depend upon one another in our times of need, and I know if he were in this position you'd be reading a letter on my behalf written by him. He has done my things in the past, and may even be guilty of the crime he is being proceecuted for now, but I ask for the court's leniency in this matter. My brother is not a maddog killer, or a rapist, or a habitual criminal. What he is guilty of is poor judgement, and rash action, but is that enough of a reason to destroy the life of a good man, a good father, and a good friend. All my brother wants to do is go on with his life, and provide for his children, and with your mercy he will be able to do that.

Sincerely,
Rahim R. Hunter
240-765-5745

**THE MILLS**

August 7, 2006

Matthew Davy
6801 Kenilworth Avenue
Berkshire Building, Suite 202
Riverdale, MD 20737

To Whom It May Concern:

This letter is to express our intentions with consideration of employment to Ahmed Hunter. We believe with his experience in customer service as well his willingness to learn, he can be a valuable member of our team.

With regards to his current situation we have decided to hold the Mail Operator position or a position of equal standing for Mr. Hunter until he has complied with the stipulations of his present situation.

If you have any questions please feel to contact me via the information below.

Sincerely,

Brandon Partin
Human Resources Department
The Mills Corporation
5425 Wisconsin Ave., Suite 500
Chevy Chase, MD 20815
301-968-6472p
301-968-7472f

August 23, 2006

To Whom It May Concern:

    I am writing this letter with concern of an individual in question, Mr. Ahmed Hunter. I have known Mr. Hunter and his family for many years. Ahmed's compassion and respect for others has always made him a very caring individual. I have seen this same conduct on and off the job. Also, while working Mr. Hunter was always punctual and willing to work as long as time would permit him. Mr. Hunter takes pride in the love and dedication he devotes to his family and friends. I have always been there for Ahmed on and off the job, friend or co-worker and I am here whenever he seeks moral support. Even now that Ahmed and his family are experiencing hardships financially and mentally, I am still here for them in their time of need because I know Ahmed would be there for my family and I.

                                  Always Supportive,
                                  Mr. Ramon Godwin
                                  4615 Springmaid Ln.
                                  Oxon Hill, MD 20745
                                  (240) 464-8999

*[signature]*
*8-23-06*

To whom it may concern,                              9/24/06

I have worked with and been a close friend of Ahmid Hunter for 5 years. He's always been a good person and hard worker. He's always been a good family oriented person, always taking care of his two kids as well as his fiancee. I've never know him to get in any type of trouble or commit a crime. We've been to night clubs together and all types of party events yet I've never even seen him argue with anyone. So I know that he's a good person and a great friend. Whenever I need a favor I can always can count on Ahmid Hunter to help me out and he would always be there for me.

*Vaught J. McJuca*
(Senior) WMATA
Bus Operator

7/17/06

To Whom It May Concern;

This letter is on behalf of Ahmed Hunter. I have known Ahmed for over 10 years. He has been a productive member of society. From the time he spends teaching and bonding with his children to the advice and friendship he give his family and friends, Ahmed has proven that he wants to step away from the negativity in life and go the extra mile for success.

I know that if given the opportunity he can overcome from this mistake and prove how dedicated he is to return to society and his family with the mindset of growth and community. I am writing this letter only because of what I have seen Ahmed accomplished, I know that he will prevail.

Sincerly,

Loretta Hillman